# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC. <br><br> Plaintiff, <br><br> v. <br><br> SANDRA ROSE LLC, *et al.* <br><br> Defendants. | Case No. CV 15-0596-CBM(AGRx) <br> Hon. Consuelo B. Marshall <br><br> **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE [JS-6]** |

The Court, having considered the parties' Stipulation, hereby dismisses this action without prejudice, with each party to bear its attorneys' fees and costs.

Dated: July 6, 2016

_____
Hon. Consuelo B. Marshall
United States District Judge

1

**ORDER OF DISMISSAL**